**WHITE & CASE**

August 20, 2020

**BY ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
T +1 202 626 3600

**whitecase.com**

**Re: Defendants' Intent to File Motions to Dismiss in:**

- *City of Providence, Rhode Island v. AbbVie Inc. et al.*, No. 1:20-cv-05538 (LJL);
- *J M Smith Corporation v. Forest Laboratories, Inc. et al.*, No. 1:20-cv-05735 (LJL);
- *Teamsters Local 237 Welfare Fund et al. v. AbbVie Inc. et al.*, No. 1:20-cv-05813 (LJL);
- *Mayor and City Council of Baltimore v. AbbVie Inc. et al.*, No. 1:20-cv-05826 (LJL);
- *UFCW Local 1500 Welfare Fund v. AbbVie Inc. et al.*, No. 1:20-cv-05837 (LJL);
- *Law Enforcement Health Benefits, Inc. v. AbbVie Inc. et al.*, No. 1:20-cv-05901 (LJL)

Dear Judge Liman:

Pursuant to this Court's August 17, 2020 Order, this letter confirms that all Defendants in the above-captioned litigations intend to file timely motions to dismiss and any other appropriate preliminary motions in response to the existing complaints or any consolidated complaints.[1]

Respectfully submitted,

*/s/ J. Mark Gidley*
J. Mark Gidley

T +1 202 626 3609
E mgidley@whitecase.com

cc: All Counsel of Record (by ECF)

---

[1] *See J M Smith Corp. v. Forest Labs. Inc.*, No. 1:20-cv-05735 (LJL), ECF No. 38 (Letter Consent Motion ("LCM") to extend the time for responsive pleadings); *see also* LCM, *City of Providence, R.I. v. AbbVie Inc.*, No. 1:20-cv-05538 (LJL), ECF No. 15; LCM, *Teamsters Local 237 Welfare Fund et al. v. AbbVie Inc.*, No. 1:20-cv-05813 (LJL), ECF No. 14 (filed in five cases); LCM, *Teamsters Local No. 1150 Prescription Drug Benefit Plan v. AbbVie Inc.*, No. 1:20-cv-06223 (LJL), ECF No. 10.