```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/4/2020
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------------X
                                                    :
                                                    :
CITY OF PROVIDENCE, RHODE ISLAND, et al.,           :
                                                    :
                          Plaintiffs,               :     20-cv-5538 (LJL)
                                                    :     20-cv-5837 (LJL)
              -v-                                   :     20-cv-5735 (LJL)
                                                    :     20-cv-5813 (LJL)
ABBVIE INC., et. al.,                               :     20-cv-5901 (LJL)
                                                    :     20-cv-5826 (LJL)
                          Defendants.               :     20-cv-6769 (LJL)
                                                    X
------------------------------------------------------------------
```

<u>ORDER</u>

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of motions by certain plaintiffs in these related actions informing the Court that those plaintiffs intend to seek the appointment of Interim Lead or Co-Lead Class Counsel pursuant to Federal Rule of Civil Procedure 23(g)(3) and The Manual for Complex Litigation (Fourth Edition) ("Manual") § 10.22.  The Court agrees that it is more sensible to delay preparation of a case management plan and the Initial Pretrial Conference until after a decision on a motion to appoint lead counsel.  Accordingly, the Initial Pretrial Conference currently scheduled for September 16, 2020 is ADJOURNED pending further order of the Court, and the parties are relieved, temporarily, of the obligation to prepare a proposed case management plan and scheduling order.

      IT IS FURTHER ORDERED that the End-Payor Plaintiffs shall submit leadership applications by September 9, 2020.  Each applicant shall submit a single-spaced letter, not exceeding five pages, with no more than one attachment consisting of a firm or individual applicant resume.  No opposition or reply to any application is permitted without permission of the Court.  An initial pretrial conference will be scheduled upon a decision on the leadership applications.

SO ORDERED.

Dated: September 4, 2020  
      New York, New York                                       _____  
                                                                      LEWIS J. LIMAN  
                                                                      United States District Judge