**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UFCW LOCAL 1500 WELFARE FUND AND MAYOR AND CITY COUNCIL OF BALTIMORE, at al.<br>Plaintiffs,<br><br>v.<br><br>ABBVIE INC., et al.,<br>Defendants. | Case No. 1:20-cv-05538-LJL<br><br>**DEFENDANTS' NOTICE OF MOTION TO TRANSFER VENUE TO THE DISTRICT OF NEW JERSEY PURSUANT TO 28 U.S.C. §1404(a)** |
| J M SMITH CORPORATION d/b/a SMITH DRUG COMPANY,<br>Plaintiff,<br><br>v.<br><br>ABBVIE INC., et al.,<br>Defendants. | Case No. 1:20-cv-05735-LJL |
| J M SMITH CORPORATION d/b/a SMITH DRUG COMPANY,<br>Plaintiff,<br><br>v.<br><br>HETERO USA INC., et al.,<br>Defendants. | Case No. 1:20-cv-07110-LJL |
| KPH HEALTHCARE SERVICES, INC., a/k/a KINNEY DRUGS, INC.,<br>Plaintiff,<br><br>v.<br><br>ABBVIE INC., et al.,<br>Defendants. | Case No. 1:20-cv-08754-LJL |
| KPH HEALTHCARE SERVICES, INC., a/k/a KINNEY DRUGS, INC.,<br>Plaintiff,<br><br>v.<br><br>HETERO USA INC., et al.,<br>Defendants. | Case No. 1:20-cv-08756-LJL |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration of Peter J. Carney, and the associated exhibits attached thereto, Defendants, by the undersigned counsel, will move this Court, the Honorable Lewis J. Liman, presiding, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, Courtroom 15C, New York, New York, 10007, and, if required, oral argument will be held on a date and at a time to be determined by the Court, for an order transferring these actions to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. § 1404(a).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 6.1(a)(2) and (3) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Your Honor's Individual Practices, and the agreement of the parties, answering papers shall be filed by November 24, 2020; and reply papers shall be filed by December 11, 2020.

Dated: October 30, 2020

Respectfully submitted,

By: /s/ J. Mark Gidley
J. Mark Gidley
Peter J. Carney
Noah A. Brumfield (pro hac vice application pending)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, DC 20005-38007
Tel: (202) 626-3600
Fax: (212) 354-8113
mgidley@whitecase.com
pcarney@whitecase.com
nbrumfield@whitecase.com

*Counsel for AbbVie, Inc., Allergan Inc., Allergan Sales LLC, Allergan USA, Inc. Forest Laboratories Inc., Forest Laboratories Holdings Ltd., Forest Laboratories Ireland, LTD.*

/s/ Christopher T. Holding
Robert Donald Carroll
Christopher T. Holding (pro hac vice application forthcoming)
Sarah K. Frederick (pro hac vice application forthcoming)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel: (617)-570-1753
Fax: (617)-523-1231
rcarroll@goodwinlaw.com
sfrederick@goodwinlaw.com
cholding@goodwinlaw.com

*Counsel for Watson Pharma, Inc., Watson Laboratories, Inc. (NV), Watson Laboratories, Inc. (DE), Watson Laboratories, Inc. (NY), Watson Laboratories, Inc., (CT), Watson Pharmaceuticals Inc., Actavis, Inc.,*

/s/ Devora W. Allon
Devora W. Allon. P.C.
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212)-446-5697
Fax: (212)-446-6460
devora.allon@kirkland.com

Jay P. Lefkowitz. P.C.
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212)-446-4970
Fax: (212)-446-4900
lefkowitz@kirkland.com

*Counsel for Torrent Pharma, Inc.*

/s/ Ahmed M.T. Riaz
Ahmed M.T. Riaz
**SCHIFF HARDIN LLP**
1185 Avenue of the Americas
Suite 3000
New York, NY 10036
212-753-5000
ariaz@schiffhardin.com

Suzanne L. Wahl
**SCHIFF HARDIN LLP**
350 S. Main St., Suite 210
Ann Arbor, MI 48104
734-222-1500
swahl@schiffhardin.com

*Counsel for Indchemie Health Specialties Private Ltd., Alkem Laboratories Ltd., Ascend Laboratories LLC*

*Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc.*

/s/ Natalie Christine Clayton
Natalie Christine Clayton
**ALSTON & BIRD, LLP**
90 Park Avenue
New York, NY 10016
Tel: (212)-210-9573
Fax: (212)-922-3845
natalie.clayton@alston.com

Teresa T. Bonder
**ALSTON & BIRD, LLP**
560 Mission Street, Ste. 2100
San Francisco, CA 94105
Tel: (415)-243-1000
Fax: (415)-243-1001
teresa.bonder@alston.com

Matthew D. Kent
**ALSTON & BIRD, LLP**
1201 W. Peachtree Street
Atlanta, GA 30309
Tel: (404)-881-7000
Fax: (404)-881-7777
matthew.kent@alston.com

*Counsel for Glenmark Generics, Inc., USA n/k/a Glenmark Pharmaceuticals Inc., Glenmark Generics Ltd. d/b/a Glenmark Pharmaceuticals Ltd.*