UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2023

IN RE BYSTOLIC ANTITRUST LITIGATION

20-cv-5735 (LJL)

ORDER

------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      For the reasons stated in the Opinion and Order at Dkt. No. 438, the Clerk of Court is respectfully directed to close this case, its member cases, and its related cases: 20-cv-5735, 20-cv-07110, 20-cv-08754, 20-cv-08756, 20-cv-05538, 20-cv-09793, 20-cv-10087, 20-cv-05813, 20-cv-07580, 20-cv-07352, 20-cv-05837, 20-cv-07492, 20-cv-05826, 20-cv-07309, 20-cv-05901, 20-cv-06769, 20-cv-07177, 20-cv-06647, 20-cv-07296, 20-cv-07304, 20-cv-06223.

      SO ORDERED.

Dated: August 18, 2023
       New York, New York

                                                        LEWIS J. LIMAN
                                             United States District Judge